UNITED STATES ARMY COURT OF CRIMINAL APPEALS

 Before
 HOLDEN, HOFFMAN, and SULLIVAN
 Appellate Military Judges

 UNITED STATES, Appellee
 v.
 Specialist FLEMING A. VALERIO
 United States Army, Appellant

 ARMY 20071037

 Headquarters, 25th Infantry Division
 Julie Hasdorff, Military Judge
 Colonel Timothy J. Pendolino, Staff Judge Advocate

For Appellant: Major Bradley M. Voorhees, JA; Captain Sarah E. Wolf, JA
(on brief).

For Appellee: Pursuant to A.C.C.A. Rule 15.2, no response filed.

 9 January 2009

 ---------------------------------
 SUMMARY DISPOSITION
 --------------------------------

Per Curiam:

 Upon review under Article 66, Uniform Code of Military Justice, 10
U.S.C. §866 [hereinafter UCMJ], of the case submitted on its merits, we
note that, although the Specification of the Charge alleged appellant
intentionally injured himself by placing his legs under a M1114HMMWV, the
evidence only supports a finding appellant placed one leg, rather than
both, under the vehicle. Accordingly, we amend the finding of guilty in
the Specification of the Charge to correspond to the evidence. The
Specification as amended now reads as follows:

 In that Specialist (E-4) Fleming A. Valerio, U.S. Army, did, at
 or near Forward Operating Base Sykes, Iraq, in a hostile fire
 pay zone, on or about 29 January 2007, for the purpose of
 avoiding service as an enlisted person intentionally injure
 himself by placing his leg underneath a M1114HMMWV, in order to
 break it.

 Reassessing the sentence of the basis of the error noted and the
entire record, applying the principles of United States v. Sales, 22 M.J.
305 (C.M.A. 1986) and United States v. Moffeit, 63 M.J. 40 (C.A.A.F. 2006),
including Judge Baker’s concurring opinion, the finding as amended and
sentence are affirmed.

 FOR THE COURT:

 MALCOLM H. SQUIRES, JR.
 Clerk of Court